**Opinion issued July 24, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00162-CV

————————————

### RICK MOLINA, PC, Appellant

### V.

### SHIWEI WEI AND LI LEE, Appellees

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-45936**

---

### MEMORANDUM OPINION

Appellant, Rick Molina, PC, has filed a request to dismiss his appeal. We

construe his request as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a), (c).

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.